UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EUGENE ALLEN.<br><br>Plaintiff,<br><br>v.<br><br>COVENANT HEALTH, et al.,<br><br>Defendants. | No. 5:25-CV-284-H |

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court dismiss Eugene Allen's claims against the defendants arising under federal law for lack of subject-matter jurisdiction, decline to exercise supplemental jurisdiction over his state-law claims, and thus dismiss this action in its entirety without prejudice. Dkt. No. 6. The FCR also recommends denying Allen's application to proceed in forma pauperis (Dkt. No. 4) as moot. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Allen's federal-law claims are dismissed for lack of subject-matter jurisdiction. The Court declines to exercise supplemental jurisdiction over his state-law claims. Thus, the complaint in its entirety is dismissed without prejudice. Allen's IFP application (Dkt. No. 4) is denied as moot.

So ordered on August 14, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE